STEPHEN C. TEDESCO, Bar No. 130325
LITTLER MENDELSON, P.C.
A Professional Corporation
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.677.3134
Facsimile: 415.399.8490
Email: stedesco@littler.com

Attorneys for Plaintiff
OFFICIA IMAGING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICIA IMAGING, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES LANGRIDGE, ROYAL OFFICE SOLUTIONS, INC., <br><br> Defendants. | Case No. 8:17-cv-2228 DOC (DFMx) <br><br> **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT [FED. R. CIV. PROC. 7.1.]** |

TO THE CLERK OF THE CENTRAL DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff OFFICIA IMAGING, INC. ("Officia") makes the following corporate disclosures. Offica is a privately held corporation. No publically-traded corporation owns more than 10% of Officia.

Dated: December 22, 2017

By: */s/ Stephen C. Tedesco*
STEPHEN C. TEDESCO
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
OFFICIA IMAGING, INC.

Firmwide:151948032.1 088640.1000

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CORPORATE DISCLOSURE STATEMENT