| | |
|---|---|
| 1 | STEPHEN C. TEDESCO, Bar No. 130325 |
| 2 | LITTLER MENDELSON, P.C.<br>A Professional Corporation |
| 3 | 333 Bush Street, 34th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: 415.677.3134<br>Facsimile: 415.399.8490 |
| 5 | Email: stedesco@littler.com |
| 6 | Attorneys for Plaintiff<br>OFFICIA IMAGING, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICIA IMAGING, INC., | Case No. 8:17-cv-2228 DOC (DFMx) |
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | **[LOCAL RULE 7.1-1]** |
| JAMES LANGRIDGE, ROYAL OFFICE SOLUTIONS, INC., | |
| Defendants. | |

TO THE CLERK OF THE CENTRAL DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Plaintiff OFFICIA IMAGING, INC. certify that the following listed parties may have a pecuniary interest in the outcome of this case:

- Plaintiff Officia Imaging, Inc.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

NOTICE OF INTERESTED ENTITIES OR PERSONS

1  These representations are made to enable the Court to evaluate possible
2  disqualification or recusal.

4  Dated: December 22, 2017

By: */s/ Stephen C. Tedesco*
STEPHEN C. TEDESCO
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
OFFICIA IMAGING, INC.

Firmwide:151936274.1 088640.1000

LITTLER MENDELSON
A Professional Corporation
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.

**NOTICE OF INTERESTED ENTITIES OR PERSONS**