UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICIA IMAGING, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES LANGRIDGE, ROYAL OFFICE SOLUTIONS, INC., <br><br> Defendants. | Case No. 8:17-cv-02228 DOC DFM <br><br> **INJUNCTION AND JUDGMENT** |

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415.433.1940

THIS MATTER came before the Court on the parties' stipulation for entry of an injunction and final judgment. The Court has reviewed that stipulation, has reviewed the file in this cause, and is otherwise fully advised in the premises. Accordingly, it is thereupon

ORDERED, ADJUDGED and DECREED that:

A. In order to protect the alleged trade secrets of Plaintiff Officia Imaging, Inc. ("Officia") that were the subject of the action under the Defend Trade Secrets Act, 18 U.S.C. § 1836, *et seq.*, Defendants James Langridge and Royal Office Solutions, Inc. ("Defendants"), shall not solicit any of the customers mutually agreed upon by the parties, which are expressly identified within Attachment A of the Parties' Confidential Settlement Agreement ("Confidential Settlement Agreement") from the date of this injunction to August 1, 2024. Solicitation, as used herein, shall not include any response by Defendants to a request for proposal submitted to Defendants by any customer contained on Attachment A to Defendants.

B. This injunction is binding on the parties to this action, their officers, agents, servants, employees, and attorneys and on those persons in active concert or participation with the parties who receive actual notice of this injunction.

C. Other than as provided herein, the claims by and between the parties made in this action are hereby dismissed, with prejudice, with each party to bear its or his own attorneys' fees and costs. This Court, however, will retain jurisdiction to enforce the terms of this injunction.

D. This injunction shall dissolve by its own terms as of 12:00 a.m., August 1, 2024 and shall have no further force or effect.

Dated: July 29, 2019

*David O. Carter*
DAVID O. CARTER
U.S. District Court Judge