UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICIA IMAGING, INC., | Case No. 8:17-cv-02228 DOC-DFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JAMES LANGRIDGE, ROYAL OFFICE SOLUTIONS, INC., | |
| Defendants. | |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.

PURSUANT THIS COURT'S DECEMBER 11, 2019 MINUTE ORDER (DOC. 119), IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Court enters Judgment consistent with the December 11, 2019 Minute Order (Doc. 119);

2. Plaintiff OFFICIA IMAGING, INC. is awarded $36,611.11, which is to be paid by Defendants JAMES LANGRIDGE and ROYAL OFFICE SOLUTIONS, INC.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: December 19, 2019

*David O. Carter*
The Honorable David O. Carter
United States District Court Judge